UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE: Richard Schell

COURT REPORTER:
Jerry Kelley

COURTROOM DEPUTY:
Bonnie Sanford

**ELLIOTT**

vs.  CIVIL NO. 4:05cv344

**LINNELL, ET AL**

| | |
|---|---|
| PRESENT: | Richard Gladden, for Plaintiff; Gus Elliott; Allison Welch, Legal Assistant |
| | Seth Dennis and Shanna Molinare for Mark Linnell and Gregory Prickett; Renaldo Stowers, Sr. Assoc. Gen.Counsel at UNT. |

This day, 4/20/2009, came the parties and by their attorneys the following proceedings were held before Judge Richard Schell in Plano, Texas:

| | |
|---|---|
| 9:19 am | The court called the case, noting the appearance of counsel. |
| 9:22 am | The court addressed preliminary matters. Plaintiff abandons punitive damages claims. |
| 9:56 am | Voir Dire process begins. |
| 10:35 am | Mr. Gladden voir dires the jury. |
| 10:50 am | Mr. Dennis voir dires the jury. |
| 11:04 am | Court recesses the jury. Individual voir dire begins. |
| 11:57 am | The clerk reads the jury names and they are seated. Remaining panel is dismissed. Jury is sworn in. Preliminary instructions are given by the court. |

| | |
|---|---|
| 12:09 am | Court recessses for lunch until 1:30 pm. |
| 1:38 pm | Court resumes.  Plaintiff witness Donna Elliott sworn.  The jury is brought into the courtroom and seated. |
| 1:41 pm | Opening statements for plaintiff by Mr. Gladden. |
| 1:50 pm | Opening statements for defendant by Ms. Molinare. |
| 1:59 pm | Mr. Gladden calls plaintiff witness Gregory Prickett.  Witness sworn in. |
| 2:04 pm | **Plaintiffs exhibit # 1 admitted.** |
| 2:52 pm | Cross examination by Mr. Dennis. |
| 3:11 pm | Re-direct by Mr. Gladden. |
| 3:16 pm | Re-cross by Mr. Dennis. |
| 3:19 pm | Re-direct by Mr. Gladden. |
| 3:21 pm | Court recesses for 15 minutes. |
| 3:39 pm | Court resumes.  Jury brought into courtroom and seated.<br>**Plaintiff's exhibit #4 admitted.**  Re-direct by Mr. Gladden resumes. |
| 3:49 pm | Witness excused.  Mr. Gladden calls plaintiff witness Mark Linnell. Witness sworn in. |
| 3:56 pm | Cross-exam by Mr. Dennis. |
| 4:05 pm | **Defense exhibit 38 (partial portion of one page) admitted.** |
| 4:09 pm | Cross-direct by Mr. Gladden. |
| 4:13 pm | Witness excused. Mr Gladden calls plaintiff witness Donna Elliott, who was previously sworn in. |
| 4:24 pm | Jury dismissed.  Court takes up matters with counsel outside jury presence. |
| 4:28 pm | Jury brought into the courtroom and seated.  Mr. Gladden resumes Direct examination of witness Donna Elliott. |
| 4:32 pm | **Plaintiff's exhibit #8 admitted.** |

| | |
|---|---|
| 4:35 pm | **Plaintiffs exhibit #12 admitted.** |
| 4:39 pm | Witness excused. |
| 4:41 pm | Jury recessed until Tuesday at 9:00 am. |
| 4:48 pm | Court recessed until Tuesday at 9:00 am. |
| **DAY TWO** | **April 21, 2009** |
| 9:06 am | Court resumes. Dr. Wayne Bishop and Chief Daniel McCollum sworn in. The jury is brought into the courtroom and seated. |
| 9:10 am | Mr. Gladden calls witness Dr. Wayne Bishop. |
| 9:33 am | Cross-exam by Ms. Molinare. **Defendant's exhibit 42 admitted.** |
| 9:48 am | **Defendant offers and the court admits the completion of plaintiff's exhibit #8.** |
| 9:58 am | Re-direct by Mr. Gladden. |
| 10:04 am | Re-cross by Ms. Molinare. |
| 10:09 am | Re-direct by Mr. Gladden. |
| 10:13 am | Witness excused. Mr. Gladden calls plaintiff's witness Dan McCollum. |
| 10:57 am | Court recesses for 15 minutes. |
| 11:15 am | Court resumes. Mr. Gladden resumes direct exam of witness Dan McCollum. |
| 11:18 am | Cross-exam by Mr. Dennis. |
| 12:24 pm | Court recesses for lunch until 1:45 pm. |
| 1:45 pm | Court resumes. The jury is brought into the courtroom and seated. Re-direct by Mr. Gladden. |
| 2:02 pm | Re-cross by Mr. Dennis. |
| 2:06 pm | Re-direct by Mr. Gladden. |
| 2:07 pm | Witness is excused. Mr. Gladden calls to the witness stand Gus Elliott. |

| | |
|---|---|
| 2:53 pm | Cross-exam by Mr. Dennis. |
| 3:11 pm | **Defense exhibit #38 (3 pictures) are admitted.** |
| 3:14 pm | Re-direct by Mr. Gladden. |
| 3:18 pm | Witness excused. Jury dismissed to jury room. Matters taken up outside the jury's presence. |
| 3:19 pm | Defense moves for judgement as a matter of law based on qualified immunity. |
| 3:40 pm | Jury is brought into the courtroom. Jury is dismissed until Wednesday at 9:30am. Court is recessed for 15 minutes. |
| 4:08 pm | Court resumes outside the jury's presence. |
| 4:35 pm | Court recesses. |
| 5:00 pm | Court resumes. The court denies the defendant's request for judgment as a matter of law. |
| 5:24 pm | Court recessed until Wednesday at 9:30 am. |

### DAY THREE - April 22, 2009

| | |
|---|---|
| 9:48 am | Court resumes. **Continuation of Denton County Court records plaintiff's exibit #8 (previously admitted), now marked as Defendants exhibit #44 received. Defendant's exhibit 42, received (previously admitted).** |
| 10:01 am | The court sustains the defendants objection to the report. Witnesses Martin Denbar and Albert Rodriguez are sworn in. |
| 10:04 am | The jury is brought into the courtroom and seated. Ms. Molinare calls defense witness Dr. Martin Denbar. |
| 10:39 am | Cross-exam by Mr. Gladden. |
| 10:41 am | The jury is dismissed to the jury room. The court takes up matters outside the jury's presence. |
| 10:43 am | The jury is brought into the courtroom and seated. Cross-exam by Mr. Gladden resumes. |
| 11:15 am | Re-direct by Ms. Molinare. |

| | |
|---|---|
| 11:22 am | Witness excused. Court recessed for 15 minutes. |
| 11:39 am | The jury is brought into the courtroom and seated. Mr. Dennis calls defense witness Albert Rodriguez. |
| 12:16 pm | Court recesses for lunch until 1:30 pm. |
| 1:48 pm | Court resumes. The jury is brought into the courtroom and seated. Mr. Dennis resumes direct exam of Albert Rodriguez. |
| 2:03 pm | Cross-exam by Mr. Gladden. |
| 2:46 pm | Re-direct by Mr. Dennis. |
| 2:51 pm | Witness excused. The defense rests. The plaintiff rests. |
| 2:53 pm | Jury excused and instructed to return Thursday, April 23rd at 10:30 am. The court takes up matters outside the jury's presence. |
| 3:00 pm | Parties to return Thursday, April 23 at 8:30 am. Court recessed. |

**DAY FOUR - April 23, 2009**

| | |
|---|---|
| 8:45 am | Court in session for charge review. Defendant's motion for judgment as a matter of law is denied. |
| 9:12 am | Court recesses. |
| 9:25 am | Court resumes. |
| 10:17 am | Court recesses. |
| 10:49 am | Court resumes. |
| 10:52 am | The jury is brought into the courtroom and seated. The court reads the instructions to the jury. |
| 11:18 am | Plaintiff closing by Mr. Gladden. |
| 11:45 am | Defense closing by Mr. Dennis. |
| 12:11 pm | Plaintiff rebuttal closing by Mr. Gladden. |
| 12:22 pm | Case goes to the jury. |

2:47 pm        The court receives a note from the jury.  The court reviews the note with counsel.

3:07 pm        The court takes up a matter of the jury with counsel.

4:04 pm        Court back in session. Jury has announced a verdict.

                    As to Interrogatory #1, Linnell- No. Prickett - No

4:06 pm        The court addresses the jury.

4:12 pm        Court recessed.