IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GUS LIVINGSTON ELLIOTT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:05-CV-344 |
| | § | |
| MARK LINNELL and GREGORY J. PRICKETT, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On April 20, 2009, this action came on for trial before a jury. Both parties announced ready for trial and, following the presentation of evidence, the jury was instructed to answer certain questions. The jury returned a verdict by answering the questions on April 23, 2009. The jury found that the Plaintiff did not prove by a preponderance of the evidence that either of the Defendants intentionally committed acts that violated the Plaintiff's federal constitutional right not to be subjected to excessive or unreasonable force during an arrest. The jury awarded no damages. It is, therefore,

**ORDERED** that the Plaintiff, Gus Livingston Elliott, take nothing from the Defendants, Mark Linnell and Gregory J. Prickett. It is further

**ORDERED** that costs of court shall be taxed against the Plaintiff. It is finally

**ORDERED** that any relief not specifically granted is denied.

**SIGNED this the 24th day of April, 2009.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE